IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>NORTHLAND MANUFACTURING, INC., DAVID KNOLL, and KENNETH HARRIS<br><br>Defendants.<br>_____<br><br>NORTHLAND MANUFACTURING, INC. and DAVID KNOLL,<br><br>Counter-Plaintiffs,<br><br>v.<br><br>EMPLOYER MUTUAL CASUALTY COMPANY,<br><br>Counter-Defendant. | CV 23–138–M–DLC<br><br><br>ORDER |

  Before the Court is Defendant Kenneth Harris's motion for the admission of attorney Gregory E. Price of The Law Office of Gregory E. Price, P.S., *pro hac vice*, in the above-captioned matter. (Doc. 14.) It appears that Jesse Froehling of Bastion Law will serve as local counsel in this matter. (*Id.* at 1.) Price's

1

application (Doc. 14-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. D. Mont. L.R. Civ. 83.1(d) (Dec. 1, 2023).

Accordingly, IT IS ORDERED that the motion (Doc. 14) is GRANTED on the condition that Mr. Price does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Price shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Price files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 11th day of March, 2024.

_____
Dana L. Christensen, District Judge
United States District Court