Gary M. Zadick
UGRIN ALEXANDER ZADICK, P.C.
#2 Railroad Square, Suite B
P.O. Box 1746
Great Falls, MT 59403
Telephone: (406) 771-0007
Facsimile:  (406) 452-9360

Attorneys for Employers Mutual Casualty Company

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>   Plaintiff,<br><br>v.<br><br>NORTHLAND MANUFACTURING, INC., NORTHLAND FABRICATION, KNOLL PROPERTIES, LLC, DAVID KNOLL and KENNETH HARRIS,<br><br>   Defendants. | CAUSE NO.: CV-23-138-DLC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COME NOW the Plaintiff, Employers Mutual Casualty Company and Defendants Northland Manufacturing, Inc., Northland Fabrication, Knoll Properties, LLC and David Knoll and Kenneth Harris by and through their respective counsel of record, and hereby stipulate and agree to the dismissal of the above-entitled matter with prejudice as having been fully settled upon the merits.

DATED this 23rd day of July, 2024.

        UGRIN ALEXANDER ZADICK, P.C.

        By:/s/Gary M. Zadick
           Gary M. Zadick
           Attorneys for Employers Mutual Casualty Company

        BASTION LAW

        By:/s/Jesse Froehling
           Jesse Froehling
           Attorney for Kenneth Harris

        LAW OFFICE OF GREGORY E. PRICE, P.S.

        By:/s/Gregory E. Price
           Gregory E. Price
           Attorney for Kenneth Harris

        BECK AMSDEN & STALPES, PLLC

        By:/s/John Amsden
           John Amsden
           Sydney E. Best
           Attorneys for Northland Manufacturing and David Knoll