IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>NORTHLAND MANUFACTURING, INC., DAVID KNOLL, and KENNETH HARRIS<br><br>    Defendants.<br><br>NORTHLAND MANUFACTURING, INC. and DAVID KNOLL,<br><br>    Counter-Plaintiffs,<br><br>  v.<br><br>EMPLOYER MUTUAL CASUALTY COMPANY,<br><br>    Counter-Defendant. | CV 23–138–M–DLC<br><br><br>ORDER |

    Before the Court is the parties' Stipulation for Dismissal with Prejudice. (Doc. 31.)  The parties request that the Court enter an order dismissing the above-captioned matter with prejudice, with the parties to bear their own respective attorneys' fees and costs.  (*Id.*)

1

Accordingly, IT IS ORDERED that the above-captioned matter is DISMISSED WITH PREJUDICE, with each party to bear its own attorneys' fees and costs.

DATED this 30th day of July, 2024.

Dana L. Christensen, District Judge
United States District Court